

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2015

No. 04-15-00125-CR

**EX PARTE** Hector **RAMIREZ**,

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2894-W1
The Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due June 22, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court